JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**22 CR 010 JDP**

**Place of Offense:**
- City: Madison
- County/Parrish: Dane
- co-defendants: Winfield Agee, Jason Hall, Nikia Cannon, Kiayla Alston, Daren Jones, Daniel Barlow, and Larry Dotson

**Related Case Information:**
- Superseding: ___
- Same Defendant: ___
- Docket Number: 19-cr-00067-jdp
- New Defendant: ___
- Magistrate Judge Case Number: 19-mj-44
- Search Warrant Case Number: ___
- R 20 / R40 from District of: ___

*Stamp: 2022 JAN -5 PM 4:03 REC'D/FILED PETER OPPENEER CLERK US DISTRICT WD OF WI*

**Defendant information:**
- Matter to be Sealed: ✓ Yes  ___ No
- Def. Name: Darryl McDonald (a.k.a. Telly)
- Alias Name: Telly
- City/State: Chicago, IL
- Year of Birth: 1983
- Last 4 digits of SSN: ___
- Sex: Male
- Race: Black

**U.S. Attorney Information:**
- DIANE L. SCHLIPPER
- Bar #: ___
- Interpreter: ✓ No  ___ Yes
- List language and/or dialect: ___

**Location Status:**
- Arrest Date: ___
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 1
- ___ Petty
- ___ Misdemeanor
- ✓ Felony
  - ___ Class A
  - ___ Class B
  - ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: January 5, 2022   Signature: /s/ DIANE L. SCHLIPPER